UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

JESUS REGINO VALDEZ-REYES,

Petitioner,

v.

BRUCE SCOTT ET AL.,

Respondent.

CASE NO. 2:26-cv-01251-JHC

MINUTE ORDER

The following Minute Order is made by direction of the Court, the Honorable John H. Chun, United States District Judge:

(1)  The Court notes the separate case of *Valdez-Reyes v. ICE Field Office Director*, No. 2:26-cv-01216-JHC.  That separate action was brought pro se by Petitioner prior to the instant action.  On May 7, 2028, an Order to Show Cause was issued regarding jurisdiction in the pro se action providing Petitioner until May 22, 2026 to correct an error relating the jurisdiction.  Counsel here may move to consolidate the case or have Petitioner consider dismissing the other matter.

(3) The Clerk is DIRECTED to re-note this matter for May 22, 2026.

(2)  The Clerk is directed to forward a copy of this Order to all counsel of record.

MINUTE ORDER - 1

Dated this 7th day of May 2026.

Joshua C. Lewis
Clerk

*/s/Ashleigh Drecktrah*
Deputy Clerk

MINUTE ORDER - 2