UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| JESUS REGINO VALDEZ-REYES, | CASE NO. 2:26-cv-01251-JHC |
| Petitioner, | ORDER |
| v. | |
| BRUCE SCOTT ET AL., | |
| Respondents. | |

This matter comes before the Court on Petitioner's Motion to Consolidate Cases. Dkt. # 12; *see also* LCR 42(a); Fed. R. Civ. Proc. 42(a). Although typically a motion to consolidate is to be made in the earlier proceeding, *see* LCR 42(a), because Petitioner is pro se in the earlier proceeding and represented by counsel in the latter, the Court allows the motion to proceed. *See also* Dkt. # 11. The Court GRANTS the motion and DIRECTS the Clerk to consolidate 26-cv-01216-JHC and 26-cv-01251-JHC under case number 26-cv-01251-JHC.

The Clerk is directed to send uncertified copies of this Order to all counsel of record and to any party appearing pro se at said party's last known address.

//

//

Dated this 14th day of May, 2026.

ORDER - 1

John H. Chun
United States District Judge

ORDER - 2