# UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| JESUS REGINO VALDEZ-REYES, | **JUDGMENT IN A CIVIL CASE** |
| Petitioner, | CASE NUMBER 2:26-cv-01251-JHC |
| v. | |
| BRUCE SCOTT ET AL., | |
| Respondents. | |

☐ **Jury Verdict**. This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☒ **Decision by Court**. This action came to consideration before the Court. The issues have been considered and a decision has been rendered.

THE COURT HAS ORDERED THAT

The Petition for Writ of Habeas Corpus (Dkt. # 1) is GRANTED.

Dated May 15, 2026.

Joshua C. Lewis
Clerk of Court

*/s/Ashleigh Drecktrah*
Deputy Clerk